LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
VICTORIA MAYDANIK (No. 255788)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 North Keeble Ave.
San Jose, CA 95126
Telephone: (408) 295-5595
Facsimile: (408) 295-9852
Attorneys for Debtor

# U.S. BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 10-54931-RLE |
| SASAN AFNANI | ) | **AMENDMENT TO SCHEDULE(S)** |
| | ) | CHAPTER 13 |
| Debtor(s) | ) | |

COMES NOW Debtor SASAN AFNANI and amend his schedule(s) as follows:

Dated: July 23, 2010                           THE FULLER LAW FIRM

                                                      By: /s/ *Victoria Y. Maydanik*
                                                    VICTORIA Y. MAYDANIK
                                                    Attorney for Debtor

I declare under penalty of perjury under the laws of the United States of America that the attached schedules are true and correct.

Dated: July 23, 2010                           /s/ *Sasan Afnani*
                                                      Debtor, SASAN AFNANI

**B6D (Official Form 6D) (12/07)**

*Amended*

In re ___Sasan Afnani___,  Case No. __10-54931-RLE__
      Debtor                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5221461<br>AIC<br>100 East Shore Drive, 3rd Fl<br>Glen Allen, VA 23059 | | | Lien: Deed of Trust<br>Security: Paseo Tranquillo property<br>Collection agent for JP Morgan Chase Bank<br>Acct #100900426370282688<br><br>VALUE $ 355,000.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 0049529205<br>First Federal Bank of California<br>401 Wilshire Blvd., 3rd Floor<br>Santa Monica, CA 90401 | | | Lien: Deed of Trust<br>Security: Paseo Tranquillo property<br><br>VALUE $ 355,000.00 | | | | 392,905.88 | 37,905.88 |
| ACCOUNT NO. 3003035965<br>IndyMac Mortgage Services (A)<br>A division of One West Bank<br>PO Box 4045<br>Kalamazoo, MI 49003-4045 | | | Lien: Deed of Trust<br>Security: Paseo Tranquillo property<br>Appears to be a successor of interest of First Federal Bank of California<br><br>VALUE $ 355,000.00 | | | | Notice Only | Notice Only |

__1__ continuation sheets attached

Subtotal (Total of this page)    $ 392,905.88    $ 37,905.88

Total (Use only on last page)    $    $

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.



In re  Sasan Afnani ,  Case No.  10-54931-RLE
       Debtor                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 42637028****  JP Morgan Chase Bank, N.A.  PO Box 901008  Fort Worth, TX 76101 | | | Lien: Deed of Trust  Security: Paseo Tranquillo property  VALUE $ 355,000.00 | | | | 93,507.00 | 93,507.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 117906  Star One Credit Union  PO Box 3643  Sunnyvale, CA 94088-3643 | X | | Lien: PMSI in vehicle < 910 days  Security: 2003 Jaguar X-type (42K miles)  Joint with spouse Nasim Afnani  VALUE $ 10,290.00 | | | | 3,493.00 | 0.00 |
| ACCOUNT NO. 171218  Star One Credit Union  PO Box 3643  Sunnyvale, CA 94088-3643 | X | | Lien: PMSI in vehicle > 910 days  Security: 2003 Toyota Corolla (92K miles)  Joint with spouse Nasim Afnani  VALUE $ 5,955.00 | | | | 10,529.00 | 4,574.00 |
| ACCOUNT NO. 43554807  Wachovia Mortgage  PO Box 60505  City of Industry, CA 91716-0505 | | | Lien: Deed of Trust  Security: Samson Way property  VALUE $ 440,000.00 | | | | 513,826.14 | 73,826.14 |
| ACCOUNT NO.  VALUE $ | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) (Total(s) of this page)  $ 621,355.14   $ 171,907.14

Total(s) (Use only on last page)  $ 1,014,261.02   $ 209,813.02

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)