

Lars T. Fuller (No. 141270)
Sam Taherian (No. 170953)
Victoria Maydanik (No. 255788)
The Fuller Law Firm, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Tel: (408) 295-5595
Fax: (408) 295-9852

Attorneys for Debtor

**The following constitutes**
**the order of the court. Signed December 03, 2010**

_Stephen Johnson_
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| In re:<br><br>SASAN AFNANI<br><br>　　　　Debtor<br><br>_____ | Case No.: 10-54931-SLJ<br><br>**ORDER VALUING LIEN OF**<br>**JP MORGAN CHASE BANK, N.A.**<br><br>CHAPTER 13 |

On November 18, 2010, the court held a hearing on Debtor's motion to value the lien of

JP Morgan Chase Bank, N.A., against the property commonly known as 4918 Paseo Tranquillo,

San Jose, CA 95118, A.P.N. 569-53-015, and more fully described as follows:

> LOT 15, AS SHOWN ON THAT CERTAIN MAP ENTITLED, "TRACT
> NO. 6855", WHICH MAP WAS FILED FOR RECORD IN THE OFFICE
> OF THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE
> OF CALIFORNIA, ON JUNE 26, 1980 IN BOOK 465 OF MAPS, PAGES
> 46 AND 47.

which lien, originally in favor of Bank One, National Association, was recorded on June 2, 2004

as Document No. 17823962 in the Official Records of Santa Clara County. (hereinafter "Lien").

Sam Taherian appeared for Debtor. Other appearances were noted on the record.

The court finds that notice of the motion was proper. Upon due consideration, and for reasons stated on the record at the hearing, the court hereby orders as follows:

1. For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, JP Morgan Chase Bank, N.A. does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. [§§506, 1123(b)(5) and 1141 / §§506, 1322(b)(2) and 1327].

2. This order shall become part of Debtor's confirmed chapter 13 plan.

3. Upon entry of a discharge or, if no discharge, completion of the plan, in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien, provided that similar relief is also granted in the Chapter 13 case of Nasim Afnani, co-owner of property.

4. If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge or completes the plan, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

5. Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

**\*\*\*END OF ORDER\*\*\***

# COURT SERVICE LIST

Chase Home Finance LLC
3415 Vision Drive
Columbus, OH 43219-6009

JP Morgan Chase Bank, N.A.
111 Polaris Parkway
Columbus, OH 43240

Chase Home Finance
2901 Kinwest Parkway
Mail Code TX1-2203
Irving, TX 75063

JP Morgan Chase Bank, N.A.
c/o Mark I. Kleinman
Senior Vice President
7255 Bay Meadows Way
Jacksonville, FL 32256-6851

Chase Home Finance, LLC
c/o CT Corporation System, Agent for Service
of Process
194 Wood Avenue South
Iselin, NJ 08830

JP Morgan Case Bank, N.A.
c/o CT Corporation Systems, Agent for Service
of Process
818 West Seventh Street
Los Angeles, CA 90017

JP Morgan Chase Bank, N.A.
2901 Kinwest Parkway
Irving, TX 75063-5812
Attn: Bankruptcy Department

JP Morgan Chase Bank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

JP Morgan Chase Bank, N.A.
National Payment Services
PO Box 24785
Columbus, OH 43224

JP Morgan Chase Bank, National Association
7255 Bay Meadows Way
Jacksonville, FL 32256-6851

JP Morgan Chase Bank, N.A.
201 N. Central Avenue, AZ1-1191
Phoenix, AZ 85004-0073

JP Morgan Chase Bank
270 Park Avenue
New York, NY 10017-2070
Attn: Officer