| | |
|---|---|
| 1 | Mark D. Estle, SBN 135004 |
| 2 | Buckley Madole, P.C. |
| | 12526 High Bluff Drive, Suite 238 |
| 3 | San Diego, CA 92130 |
| | Telephone: 858-720-0890 |
| 4 | Fax: 858-720-0092 |
| 5 | Mark.Estle@BuckleyMadole.com |
| 6 | Attorney for Movant |

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 10-54931-SJ |
| Sasan Afnani, Debtor and Nasim Foroughi, Co-Debtor | Chapter 13 |
| | RS No. MDE-1333 |
| Debtor, | |
| OneWest Bank N.A. FKA OneWest Bank, FSB | **MOTION FOR RELIEF FROM AUTOMATIC STAY AND FROM CO-DEBTOR STAY** |
| Movant, | |
| vs. | Hearing: |
| Sasan Afnani, Debtor and Nasim Foroughi, Co-Debtor and Devin Derham-Burk, Trustee | Date: April 15, 2014 |
| | Time: 10:30 a.m. |
| | Place: Courtroom 3099 |
| Respondents, | 280 South First Street |
| | San Jose, CA 95113-3099 |

**TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, CO-DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

OneWest Bank N.A. FKA OneWest Bank, FSB ("Movant") hereby moves this Court for an Order granting relief from the automatic stay and from Co-Debtor Stay under 11 U.S.C. §362 as to the Debtor and Debtor's bankruptcy estate in the above-captioned matter so that Movant may enforce its remedies against the property in accordance with applicable non-bankruptcy law on the real property commonly known as 4918 Paseo Tranquillo, San Jose, California 95118 (the "Property").

MOTION FOR RELIEF FROM AUTOMATIC STAY

1

6506-N-5319
MtnMfrCA_V001

Movant hereby moves this Court for an Order granting relief from the automatic stay on the following grounds:

1. **Pursuant to 11 U.S.C. § 362(d)(1), Movant's interest is not adequately protected as Debtor has failed to make post-petition payments:** The evidence establishes that Debtor has failed to make post-petition payments to Movant. Therefore, Movant's interest in the Property is not adequately protected.

2. **Pursuant to 11 U.S.C. § 1301, Codebtor stay:** Nasim Foroughi is a co-debtor because she is liable under the Deed of Trust.

Movant submits the attached Declaration and Memorandum of Point & Authorities, as well as other evidence attached hereto in support of its Motion.

**WHEREFORE**, Movant prays that this Court issues an Order as follows:

1. An Order Granting Relief from the Automatic Stay to allow Movant, its successors, transferees, and assigns, to proceed under applicable non-bankruptcy law to enforce its remedies against the Property.

2. The Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. That Movant, or its agents, may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement. Movant, through its servicing agent, may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be nonrecourse unless stated in a reaffirmation agreement.

5. That the Co-Debtor Stay of 11 U.S.C. Sec. 1301 as to the above-named Co-Debtor be terminated on the same terms and conditions.

6. Any further relief as the Court deems just and proper.

Dated: March 28, 2014  
Respectfully Submitted,

Buckley Madole, P.C.  
By: */s/ Mark D. Estle*  
MARK D. ESTLE  
Attorney for Movant