

Mark D. Estle, SBN 135004
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone: 858-720-0890
Fax: 858-720-0092
Mark.Estle@BuckleyMadole.com

Attorney for Secured Creditor

The following constitutes
the order of the court. Signed May 7, 2014

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>Sasan Afnani and Nasim Foroughi, Co-Debtor<br><br>                                      Debtor,<br><br>OneWest Bank N.A. FKA OneWest Bank, FSB<br><br>                                      Movant,<br>vs.<br>Sasan Afnani, Debtor, Nasim Foroughi, Co-Debtor and Devin Derham-Burk, Trustee<br><br>                                  Respondents, | Case No. 10-54931-SJ<br><br>Chapter 13<br><br>RS No. MDE-1333<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Hearing:<br>Date:  April 15, 2014<br>Time:  10:30 a.m.<br>Place  Courtroom 3099<br>         280 South First Street<br>         San Jose, CA 95113-3099 |

     A Motion for Relief from the Automatic Stay (the "Motion") was noticed in the within matter and filed by OneWest Bank N.A. FKA OneWest Bank, FSB ("Movant"). A hearing on the above-referenced motion was held at the date, time and place set forth above. Appearances were noted on the record. For the reasons set forth on the record and in the minutes of the proceedings, the Court hereby makes its Order as follows:

     **IT IS HEREBY ORDERED THAT:**

     1. This Order pertains to the real property commonly known as 4918 Paseo Tranquillo, San Jose, California 95118.

     2. The stay of 11 U.S.C. § 362(a) is hereby terminated as to Debtor and Debtor's bankruptcy estate. Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law.

3. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

4. The Co-Debtor stay of 11 U.S.C. Sec. 1301 as to the above-named Co-Debtor shall be terminated on the same terms and conditions.

**END OF ORDER**

COURT SERVICE LIST